# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JOHNATHAN BISHOP,

    Plaintiff,

v.        CASE NO. 4:19cv32-RH-CAS

SGT. LEE et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This is a prisoner civil-rights case. The plaintiff moved to appoint an attorney but later failed to pay the initial filing fee and apparently abandoned the case as set out in the magistrate judge's report and recommendation, ECF No. 14. The recommendation is for dismissal. The plaintiff has not objected. This is consistent with the report and recommendation's conclusion that the plaintiff has abandoned the case. Upon consideration,

    IT IS ORDERED:

    1. The report and recommendation is accepted and adopted as the court's opinion.

2. The clerk must enter judgment stating, "This case is dismissed without prejudice."

3. The clerk must close the file.

4. The plaintiff's motion to appoint an attorney, ECF No. 5, is denied.

SO ORDERED on August 20, 2019.

                                          s/Robert L. Hinkle
                                          United States District Judge